U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 24 2014

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-cr-00344(03) |
| VERSUS | * | JUDGE FOOTE |
| JENNIFER PANOS(03) | * | MAG. JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Jennifer Panos(03), and adjudges her guilty of the offense charged in Count One of the Superseding Indictment against her.

IT IS FURTHER ORDERED that this matter remains set for sentencing on August 7, 2014 at 10:00 a.m. in Courtroom Three in Lafayette before the undersigned.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 24th day of April, 2014.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE